UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AARON D. YOUNKER,

    Plaintiff,

    v.

ERIC J. ALLEN,

    Defendant.

Case No. 2:13-cv-1128
JUDGE GREGORY L. FROST
Magistrate Judge Mark R. Abel

## ORDER

This matter is before the Court for consideration of the Magistrate Judge's November 26, 2013 Initial Screening Report and Recommendation.  (ECF No. 4.)  In that document, the Magistrate Judge conducted an initial screening of Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and (b) and 42 U.S.C. § 1997e(c) and recommended that this Court dismiss the complaint for failure to state a claim upon which the Court can grant relief.

It is unclear to this Court why the Magistrate Judge proceeded under 28 U.S.C. § 1915A(a) and (b) and 42 U.S.C. § 1997e(c) because Plaintiff is not a prisoner.  The Court need not address the issue, however, because in his objection to the Report and Recommendation, Plaintiff asks the Court to dismiss this action without prejudice.  (ECF No. 7, at Page ID # 80.)  The Court **GRANTS** the motion to dismiss and **DISMISSES WITHOUT PREJUDICE** this action.  The Initial Screening Report and Recommendation is moot.  (ECF No. 4.)

    IT IS SO ORDERED.

    /s/   Gregory L. Frost
    GREGORY L. FROST
    UNITED STATES DISTRICT JUDGE